**Electronically Filed
Supreme Court
SCWC-13-0005660
08-JUN-2015
01:00 PM**

SCWC-13-0005660

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DEXTER J. SMITH,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005660; CR. NO. 12-1-1834)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, McKenna, and Wilson, JJ.)

Petitioner/Defendant-Appellant Dexter J. Smith's

Application for Writ of Certiorari, filed on May 5, 2015, is

hereby rejected.

DATED: Honolulu, Hawai'i, June 8, 2015.

Phyllis J. Hironaka
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

